Filing # 118290820 E-Filed 12/16/2020 10:35:56 AM

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
PUTNAM COUNTY, FLORIDA

**GLENDA MCKEE,**
an individual,

**CASE NO.:**
**DIVISION:**

Plaintiff,

vs.

DATE: *10/31/2020*
HOUR: *9:47 pm*
DEPUTY SHERIFF:

**WAL-MART STORES EAST, LP,**
a Foreign Limited Partnership,

Defendant.

_____/

## COMPLAINT

Plaintiff, GLENDA MCKEE ("Plaintiff"), sues the Defendant, WAL-MART STORES

EAST, LP ("Defendant"), and alleges:

1.   This is an action for damages in excess of $30,000.00, exclusive of costs.

2.   At all times material, Plaintiff resided in Hollister, Putnam County, Florida.

3.   On June 16, 2017, Defendant owned, operated, and/or maintained a discount store located

     at 1024 South State Road 19 in Palatka, Putnam County, Florida.

4.   At all times material, Plaintiff was a business invitee on Defendant's premises.

5.   At all times material, there was an unsecured and unstable cabinet in the store that

     represented an unreasonably dangerous condition.

6.   As Plaintiff was looking through one of the drawers in the above-mentioned cabinet, the

     cabinet fell on top of Plaintiff.

7.   The unreasonably dangerous condition was created by Defendant, known to exist by

     Defendant, and/or had existed for a sufficient length of time such that Defendant should

     have known of its existence.

8.    At all times material, Defendant owed Plaintiff, and all others similarly situated, a duty of care to maintain its premises in a reasonably safe condition, and to warn of dangerous conditions that it knew or should have known existed on the property.

9.    Defendant breached its duty to Plaintiff by failing to maintain its premises in a reasonably safe condition and by failing to warn of the unreasonably dangerous condition.

10.   As a result of Defendant's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, GLENDA MCKEE demands judgment for damages against Defendant, WAL-MART STORES EAST, LP, and demands a jury trial.

Dated on this 16th day of December 2020.


**LAW OFFICE OF NOONEY & ROBERTS**

*/s/ Michael K Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 0779741
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nooneyandroberts.com
Attorney for Plaintiff

## DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516

Pursuant to Florida Rules of Judicial Administration 2.516 (effective September 1, 2012), Attorney for Plaintiff designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

Primary email address:     mroberts@nooneyandroberts.com
Secondary email addresses: azepf@nooneyandroberts.com
                           pleadings@nooneyandroberts.com

### LAW OFFICE OF NOONEY & ROBERTS

*/s/ Michael K Roberts*

**Michael K. Roberts, Esquire**
Florida Bar No. 0779741
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nooneyandroberts.com
Attorney for Plaintiff